THE PEOPLE *ex rel.* John R. Thompson, County Treasurer, Appellant, *vs.* AUGUSTUS N. GAGE *et al.* Appellees.

*Opinion filed April 23, 1908.*

This case is controlled by the decision in *People ex rel.* v. *Gage,* (*ante,* p. 447.)

APPEAL from the County Court of Cook county; the Hon. W. L. POND, Judge, presiding.

A. C. WENBAN, and CUSTER, GRIFFIN & CAMERON, for appellants.

AUGUSTUS N. GAGE, for appellees.

Per CURIAM: The record in this case is identical with the record in the case of *People* v. *Gage,* (*ante,* p. 447,) except that the proceeding relates to different property and different objectors. For the reasons given in that case the judgment of the county court of Cook county is affirmed.

*Judgment affirmed.*